26 F.3d 123
 Puricelli (Brian)
v.
Borough of Morrisville, Merker (Harry), Chief of Police,
Morrisville Borough, Township of Wrightstown, Hughes (Walter
J., Jr.), Chief of Police Wrightstown Township Police
Department, Rubenstein (Alan M.), District Attorney of Bucks
County, Office of District Attorney of Bucks County,
Reichley (Dale), Assistant District Attorney, Brosha
(Edward), Armitage (David), Yardley Borough, Taylor (Susan),
Robinson (Edward), Mayor, Cronlund (Ken),
 NO. 93-1897
 United States Court of Appeals,
Third Circuit.
 Apr 26, 1994
 
 Appeal From: E.D.Pa.,
 Brody, J.,
 
 820 F.Supp. 908
 
 1
 AFFIRMED.